THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATASHA ANN SENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C12-0343-JCC<br><br>ORDER GRANTING MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, U.S. Magistrate Judge (Dkt. No. 26), to which no objections have been filed. Having thoroughly considered the report, the parties' briefing, and the balance of the record, the Court hereby ADOPTS the Report and Recommendation (Dkt. No. 26) and GRANTS Plaintiff's motion for Equal Access to Justice Act ("EAJA") fees, expenses, and costs totaling **$5,291.03** (Dkt. No. 21). Specifically, the Court AWARDS Plaintiff attorneys' fees in the amount of $5,252.83, expenses in the amount of $25.00, and costs in the amount of $13.20, subject to any offset described in *Astrue v. Ratliff*, -- U.S. --, 130 S. Ct. 2521, 177 L.Ed.2d 91 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the U.S. Department of Treasury's offset program, then the check for the EAJA fees, expenses, and costs shall be made payable and mailed to the Law Office of Steven M. Robey, 1414 F Street,

ORDER GRANTING MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES
PAGE - 1

1 | Bellingham, WA 98225.

2 |     The Court respectfully DIRECTS the Clerk to send copies of this order to Plaintiff and to
3 | the Honorable James P. Donohue.

4 |     DATED this 16th day of May 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES
PAGE - 2